IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOEL AARON SILBERMANN , | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | Civil Action No.  GJH-15-2314 |
| | * | |
| PRESHOUS BLOOD, Defend Your Name And Soil Against my Estate, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | *** | |

## MEMORANDUM

Joel Aaron Silbermann, a self-represented plaintiff, filed this Complaint and a Motion to Proceed in Forma Pauperis on August 8, 2015.  Silbermann's Complaint pertains to his last will and testament. As best as can be discerned,  Silbermann wants to appear before a United States Magistrate to object to his will and request an injunction to prevent his will from being contested.[1]  It is unclear why "Preshous Blood, Defend your name and soil against my estate" is named as a party to this action.

State and probate matters are within the purview of the state courts.  Silbermann does not provide any basis for this Court to exercise federal or diversity jurisdiction over this matter.  For this reason, the Complaint will be dismissed for lack of jurisdiction without prejudice. *See* Fed.R.Civ.P. 12(h)(3)("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."). The Motion to Proceed in Forma Pauperis will be denied as moot.  A separate Order follows.

__September 24, 2015___  
Date

_____/S/_____  
George Jarrod Hazel  
United States District Judge.

---

[1]  The Court notices that Silbermann has filed eight self-represented civil actions in this District since August 6, 2015.